# Proceeding Minutes / Proceeding Memo

*Case #:* 23-01010   *Case Name:* Home Deals of Maine, LLC v. U.S. Bank National Association as Trustee for Fid...
*Set:* 02-06-2024 9:00AM   *Chapter:*   *Type:* ap   *Judge:* Peter G Cary
*Matter:* Doc# 1 - PRETRIAL CONFERENCE

---

Minute Entry: Appearances: Marcus E. Pratt, Esq., Kelly McDonald, Esq.. (related document(s):[1] Complaint Filed by Plaintiff Home Deals of Maine, LLC). MINUTE ORDER: Pretrial Conference held. Matter to be set for evidentiary hearing. Parties to confer as to possible hearing dates and contact Courtroom Deputy within 14 days to discuss scheduling. Once hearing date determined, a trail order outlining filing requirements and deadlines will issue. /s/ Peter G. Cary, U.S. Bankruptcy Judge. (mep)